

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 17, 2022**

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DORNICE COOK | § | CASE NUMBER: 17-43410-elm-13 |
| | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |

## ORDER GRANTING DEBTOR'S MOTION TO SELL REAL PROPERTY

CAME ON BEFORE THE COURT Debtor Dornice Cook who requested an Order granting Debtor's Motion to Sell Real Property, and the Court finds good cause exists to grant the Motion.  It is therefore,

ORDERED that Debtor is allowed to sell the homestead property located at 719 Oakwood Trail, Fort Worth, TX 76112.

IT IS ORDERED that the proceeds from the sale of 719 Oakwood Trail, Fort Worth, TX 76112  shall be distributed by the title company as follows:

1. Payment of the costs of sale;

2. Payment in full of all liens against the property including the prorated ad valorem taxes for 2022;

3. Payment of $450 to Alice Bower for attorney fees for the filing and prosecuting of the Motion to Sale. The check to be made payable to Alice Bower and mailed to 6421 Camp Bowie Blvd, Suite 300, Fort Worth, TX 76116.

4. Payment of $1,517 made payable to Tim Truman, Chapter 13 Trustee and mailed to PO Box 961076, Fort Worth, TX 76161-0076. The check shall reference the debtor's name, Dornice Cook, and case number 17-43410. The payment to the trustee is sufficient to pay 100% of allowed unsecured claims.

5. The balance of the proceeds shall be distributed to Dornice Cook as she directs.

Notwithstanding anything herein to the contrary, the liens securing payment of the current-year ad valorem property taxes shall reman attached to the property to secure payment of all ad valorem property taxes assessed on the property for the current tax year and any penalties and interest that may accrue thereon.

###End of order###

| AGREED | Order prepared and submitted by: |
|---|---|
| /s/ Angela Allen\ | /s/ Alice Bower |
| Angela Allen | Alice Bower |
| State Bar No. 00786970 | State Bar # 15148500 |
| Tim Truman, Chapter 13 Trustee | Attorney for Dornice Cook |
| Staff Attorney | |